## NABIL KADDAH *v.* COMMISSIONER OF CORRECTION

The petitioner Nabil Kaddah's petition for certification for appeal from the Appellate Court, 105 Conn. App. 430 (AC 27778), is denied.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided February 26, 2008

## STATE OF CONNECTICUT *v.* KEVIN EPPS

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 84 (AC 27804), is denied.

*Darcy McGraw*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, senior assistant state's attorney, in opposition.

Decided February 26, 2008